UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JOHN MANCINI, and** <br> **NORTHEAST OHIO COALITION** <br> **FOR THE HOMELESS,** <br><br> Plaintiffs, <br><br> v. <br><br> **CITY OF CLEVELAND,** <br> **FRANK JACKSON, in his official** <br> **capacity as Mayor of Cleveland, and** <br> **CALVIN WILLIAMS, in his official** <br> **capacity as Chief of Police,** <br><br> Defendants. | Civil Action No.: 1:17-cv-00410 <br> Judge: Donald C. Nugent |

___

## JOINT STATUS REPORT
___

On June 23, 2017, Plaintiffs filed their Response to Defendants' Motion to Dismiss and committed to notify the Court of the status of settlement of their remaining claims by July 31, 2017. ECF No. 19, PAGEID #118-119. Counsel for Plaintiffs and Defendants remain engaged in settlement negotiations. Defendants provided a counter-offer to Plaintiffs on July 31, 2017. Plaintiffs and Defendants now jointly propose that they will inform the Court of whether they have reached an agreement by August 31, 2017.

Dated July 31, 2017

Respectfully submitted,

| | |
|---|---|
| /s/Elizabeth Bonham<br>Elizabeth Bonham (0093733)<br>Freda Levenson (0045916)<br>ACLU of Ohio<br>4506 Chester Ave.<br>Cleveland, OH 44103<br>P: (216)472-2220<br>F: (216)472-2210<br>ebonham@acluohio.org<br>flevenson@acluohio.org<br><br>Joseph Mead (0091903)<br>2121 Euclid Ave. UR 317<br>Cleveland, OH 44115<br>P: (216)307-5322<br>attyjmead@gmail.com<br><br>*Attorneys for Plaintiffs* | Elizabeth M. Crook (0088709)<br>Janeane Cappara (0072031)<br>Assistant Directors of Law<br>601 Lakeside Avenue<br>Cleveland, OH 44114<br>P: (216)664-3256<br>ecrook@city.cleveland.oh.us<br>jcappara@city.cleveland.oh.us<br><br>*Attorneys for Defendants* |

CERTIFICATE OF SERVICE

I certify that on July 31, 2017 a copy of the foregoing Joint Status Report was filed electronically. Notice of this filing will be sent by the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Elizabeth Bonham
Elizabeth Bonham (0093733)