UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| JOHN MANCINI, and <br> NORTHEAST OHIO COALITION <br> FOR THE HOMELESS, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CLEVELAND, <br> FRANK JACKSON, in his official <br> capacity as Mayor of Cleveland, and <br> CALVIN WILLIAMS, in his official <br> capacity as Chief of Police, <br><br> Defendants. | Civil Action No.: 1:17-cv-00410 <br> Judge: Donald C. Nugent |

## PLAINTIFFS' STATUS REPORT

On July 31, 2017, the parties filed a Joint Status Report informing the Court that they were engaged in settlement discussions. The parties have now come to an oral agreement on the terms of settlement, and are in the process of reducing their agreement to writing. Plaintiffs expect to be able to stipulate to a dismissal of the case by September 22, 2017.

Dated August 31, 2017                    Respectfully submitted,

/s/*Elizabeth Bonham*
Elizabeth Bonham (0093733)
Freda Levenson (0045916)
ACLU of Ohio
4506 Chester Ave.
Cleveland, OH 44103
P: (216)472-2220
F: (216)472-2210
ebonham@acluohio.org
flevenson@acluohio.org

        Joseph Mead (0091903)
        2121 Euclid Ave. UR 317
        Cleveland, OH 44115
        P: (216)307-5322
        attyjmead@gmail.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on August 31, 2017 I filed a copy of the foregoing Joint Status Report electronically. Notice of this filing will be sent by the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        /s/ *Elizabeth Bonham*
        Elizabeth Bonham (0093733)