UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| **JOHN MANCINI, and** <br> **NORTHEAST OHIO COALITION** <br> **FOR THE HOMELESS,** <br><br> Plaintiffs, <br><br> v. <br><br> **CITY OF CLEVELAND,** <br> **FRANK JACKSON, in his official** <br> **capacity as Mayor of Cleveland, and** <br> **CALVIN WILLIAMS, in his official** <br> **capacity as Chief of Police,** <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 1:17-cv-00410 <br> Judge: Donald C. Nugent |

## JOINT STATUS REPORT OF THE PARTIES

On December 1, 2017, this Court set a Status Conference for December 27. In the meantime, the parties have reached a settlement in the matter, and have agreed upon a written settlement agreement which is in the process of being executed. The parties will consider this matter to be fully resolved once the settlement agreement has been fully executed and its terms met. We expect that this will occur before December 15. Therefore the parties respectfully request that the Court cancel the December 27, 2017 status conference and schedule one, if needed, for January 31, 2018, instead. The parties further propose to file the settlement agreement and a proposed order obviating the status conference and dismissing the case once the terms of the settlement have been fulfilled.

Dated December 11, 2017

                                                  Respectfully submitted,

| | |
|---|---|
| | /s/*Elizabeth Bonham* |
| Elizabeth M. Crook (0088709) | Elizabeth Bonham (0093733) |
| Janeane Cappara (0072031) | Freda Levenson (0045916) |
| Assistant Directors of Law | ACLU of Ohio |
| 601 Lakeside Avenue | 4506 Chester Ave. |
| Cleveland, OH 44114 | Cleveland, OH 44103 |
| P: (216)664-3256 | P: (216)472-2220 |
| ecrook@city.cleveland.oh.us | F: (216)472-2210 |
| jcappara@city.cleveland.oh.us | ebonham@acluohio.org |
| | flevenson@acluohio.org |
| *Attorneys for Defendants* | |
| | Joseph Mead (0091903) |
| | 2121 Euclid Ave. UR 317 |
| | Cleveland, OH 44115 |
| | P: (216)307-5322 |
| | attyjmead@gmail.com |
| | *Attorneys for Plaintiffs* |

CERTIFICATE OF SERVICE

     I certify that on December 11, 2017 I filed a copy of the foregoing Joint Status Report electronically. Notice of this filing will be sent by the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                          /s/ *Elizabeth Bonham*
                                                          Elizabeth Bonham (0093733)