## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| **JOHN MANCINI, and** <br> **NORTHEAST OHIO COALITION** <br> **FOR THE HOMELESS,** <br><br> Plaintiffs, <br><br> v. <br><br> **CITY OF CLEVELAND,** <br> **FRANK JACKSON, in his official** <br> **capacity as Mayor of Cleveland, and** <br> **CALVIN WILLIAMS, in his official** <br> **capacity as Chief of Police,** <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 1:17-cv-00410 <br> Judge: Donald C. Nugent |

### NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE AND PROPOSED ORDER

Plaintiffs and Defendants, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby give notice of the stipulated dismissal of this action, in its entirety, with prejudice. On December 12, 2017, the parties reached a settlement in this matter and on December 19, 2017 the terms of the settlement were fully executed. The parties agree this case should be dismissed with fees and costs to the Defendants.

Dated December 23, 2017

IT IS SO ORDERED

_____

United States District Judge

Respectfully submitted,

/s/Elizabeth M Crook
Elizabeth M. Crook (0088709)
Janeane Cappara (0072031)
Assistant Directors of Law
601 Lakeside Avenue
Cleveland, OH 44114
P: (216)664-3256
ecrook@city.cleveland.oh.us
jcappara@city.cleveland.oh.us

*Attorneys for Defendants*

/s/*Elizabeth Bonham*
Elizabeth Bonham (0093733)
Freda Levenson (0045916)
ACLU of Ohio
4506 Chester Ave.
Cleveland, OH 44103
P: (216)472-2220
F: (216)472-2210
ebonham@acluohio.org
flevenson@acluohio.org

Joseph Mead (0091903)
2121 Euclid Ave. UR 317
Cleveland, OH 44115
P: (216)307-5322
attyjmead@gmail.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I certify that on December 23, 2017 I filed a copy of the foregoing electronically. Notice of this filing will be sent by the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Elizabeth Bonham*
Elizabeth Bonham (0093733)