# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

JOHN MANCINI, and  
NORTHEAST OHIO COALITION  
FOR THE HOMELESS,

    Plaintiffs,

v.

CITY OF CLEVELAND,  
FRANK JACKSON, in his official  
capacity as Mayor of Cleveland, and  
CALVIN WILLIAMS, in his official  
capacity as Chief of Police,

    Defendants.

Civil Action No.: 1:17-cv-00410  
Judge: Donald C. Nugent

## NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE AND PROPOSED ORDER

Plaintiffs and Defendants, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby give notice of the stipulated dismissal of this action, in its entirety, with prejudice. On December 12, 2017, the parties reached a settlement in this matter and on December 19, 2017 the terms of the settlement were fully executed. The parties agree this case should be dismissed with fees and costs to the Defendants.

Dated December 23, 2017

IT IS SO ORDERED

*[signature]* 12/27/17

United States District Judge